"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOSEPH HICKS,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN MARSHALL, (Warden), et al.,<br><br>  Defendants. | Case No. CV 08-4019-PA (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) plaintiff's request for emergency injunctive relief is denied and (2) Judgment be entered dismissing this action with prejudice.

DATED: July 28, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE