JS-6
ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOSEPH HICKS, | Case No. CV 08-4019-PA (RNB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| JOHN MARSHALL, (Warden), et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 28, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE